

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Columbus Allen JR., II

Civil Action No. 16-cv-01923-CAB-JMA

**Plaintiff,**

**V.**

See Attachment

**JUDGMENT IN A CIVIL CASE**

**Defendant.**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court Dismisses Plaintiff's Second Amended Complaint and this civil action in its entirety, based on his failure to comply with the Court's Orders permitting amendment and his failures to plead any plausible constitutional claim upon which § 1983 relief can be granted pursuant to 28 U.S.C. § 1915(e)(2)(b)(ii) and § 1915A(b)(1); 2. Certifies that an IFP appeal would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3); and 3. Directs the Clerk of Court to enter a judgment of dismissal and to close the file. It Is So Ordered.

**Date:** _____4/30/18_____

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ J. Gutierrez _____

J. Gutierrez, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** <u>16-cv-1923-CAB-JMA</u>

Defendants
Scott Kernan, ,CDCR Secretary; M. Voong, Chief; R. Briggs, Appeals Examiner; W.L. Montgomery, Warden of CSP-CAL; B. Herick, Deputy Warden at CSP-CAL; B.L. Paul, Deputy Warden at CSP-CAL; M.C. Whitman, CPT.; G. Chavarria, CPT.; P. Nava, Correctional Counselor II; G. Hernandez, Lieutenant; O. Valdez, Lieutenant; C.T. Blackstone, Lieutenant; V. Rodriguez, Correctional Officer; C. Ortega, Correctional Officer; L. Luccy, Correctional Officer; S. Sanchez, Correctional Officer; E. Uribe; California Department of Corrections and Rehabilitation (CDCR); J. Beard